UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

        Plaintiff,

-against-

LANCASTER MORTGAGE BANKERS, LLC

        Defendant.

07 CV 4121

Civ. No.

MAY 2 5 2007

**STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DB Structured Products, Inc., states as follows:

Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware Corporation which is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, which is a publicly held corporation.

Dated: New York, New York
      May 25, 2007

                                  THACHER PROFFITT & WOOD LLP

                                  By: _____
                                  John P. Doherty (JD-3275)
                                  Richard F. Hans (RH-0110)
                                  Kerry Ford Cunningham (KF-1825)
                                  Brendan E. Zahner (BZ-8645)
                                  Two World Financial Center
                                  New York, New York 10281
                                  (212) 912-7400

                                  *Attorneys for DB Structured Products, Inc.*