# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

DB STRUCTURED PRODUCTS, INC.

V.

LANCASTER MORTGAGE BANKERS, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 CV 4121

TO: (Name and address of defendant)

LANCASTER MORTGAGE BANKERS, LLC
20 Independence Blvd.
Warren, New Jersey 07059

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAY 2 5 2007

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                                            Signature of Server

                                                                              _____
                                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,                )   **ECF CASE**
                                             )
                          Plaintiff,         )
                                             )   07 Civ. 4121 (UA/DLC)
            -against-                        )
                                             )   **AFFIDAVIT OF SERVICE**
LANCASTER MORTGAGE BANKERS, LLC,             )
                                             )
                          Defendant.         )
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA C. BRUNO, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address of Two World Financial Center, New York, New York 10281.

On May 31, 2007, deponent served: (i) Complaint; (ii) Summons; (iii) Explanation Of Relatedness; (iv) Statement Pursuant To Rule 7.1 Of The Federal Rules Of Civil Procedure; (v) Civil Cover Sheet; (vi) Individual Practices Of Judge Denise Cote; (vii) Individual Rules Of Practices Of Judge Kevin Nathaniel Fox; (viii) 3rd Amended Instructions For Filing An Electronic Case Or Appeal; (ix) Procedures For Electronic Case Filing and; (x) Guidelines For Electronic Case Filing upon Defendant Lancaster Mortgage Bankers, LLC, by personally delivering to the offices of CT Corporation System, registered agent of Lancaster Mortgage Bankers, LLC, located at 111 Eighth Avenue, New York, New York 10011, and leaving with Ms. Sabrina Ambrose, Process Specialist, true and correct copies thereof.

Ms. Ambrose is an African-American Female, about 30 years of age, 5'6" and 135 lbs., and has black hair.

Ms. Ambrose accepted service on behalf of Lancaster Mortgage Bankers, LLC.

CHRISTINA C. BRUNO

Sworn to before me this
31st day of May 2007

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010