UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DB STRUCTURED PRODUCTS, INC.,

|  |  |  |
|---|---|---|
| | ) | **ECF CASE** |
| Plaintiff, | ) | |
| | ) | 07 Civ. 4121 (DLC) |
| -against- | ) | |
| | ) | **AFFIDAVIT OF SERVICE** |
| LANCASTER MORTGAGE BANKERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is

not a party to this action, is over eighteen years of age and has a business address at Two World

Financial Center, New York, New York 10281.

On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated

June 20, 2007 by depositing a true and correct copy of same into the custody of the United States

Postal Service, enclosed in a properly addressed postage prepaid envelope to:

> Ernest E. Badway
> Saiber Schlesinger Satz & Goldstein, LLC
> 44 Wall Street
> 12th Floor
> New York, NY  10005

JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
_3d_ day of July 2007

Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011