UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

   -against-

LANCASTER MORTGAGE BANKERS, LLC

                Defendant.
------------------------------------------------------------x

**ECF CASE**

07 Civ. 4121 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

      On July 20, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                       Lancaster Mortgage Bankers, LLC
                                       Attn: Mr. James Petit
                                       20 Independence Boulevard
                                       Warren, New Jersey 07059

                                       _____
                                       JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
23rd day of July 2007

_____
   Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010