UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :   07 CIV. 4106(DLC)
                    Plaintiff,                 :   (KNF)*
                                               :
        -v-                                    :
                                               :        ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,         :     REFERENCE TO A
d/b/a ZONE FUNDING,                            :     MAGISTRATE JUDGE
                    Defendant.                 :
----------------------------------------       :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :   07 CIV. 4109
                    Plaintiff,                 :
                                               :
        -v-                                    :
                                               :
BALTIMORE AMERICAN MORTGAGE                     :
CORPORATION, INC.,                             :
                    Defendant.                 :
----------------------------------------       :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                    Plaintiff,                 :   07 CIV. 4115
                                               :
        -v-                                    :
                                               :
FIRST CAPITAL MORTGAGE CORP.,                  :
                                               :
                    Defendant.                 :
----------------------------------------       :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :   07 CIV. 4116
                    Plaintiff,                 :
                                               :
        -v-                                    :
                                               :
ACT LENDING CORPORATION,                       :
                                               :
                    Defendant.                 :
----------------------------------------       :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                    Plaintiff,                 :   07 CIV. 4118
                                               :
        -v-                                    :
                                               :
COMMONSENSE MORTGAGE CORPORATION, INC.,        :
                                               :
                    Defendant.                 :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|13|07

1

```
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                 Plaintiff,           :   07 CIV. 4119
                                      :
       -v-                            :
                                      :
LENDER, LTD.,                         :
                 Defendant.           :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                 Plaintiff,           :   07 CIV. 4120
                                      :
       -v-                            :
                                      :
MARIBELLA MORTGAGE, LLC,              :
                                      :
                 Defendant.           :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                 Plaintiff,           :   07 CIV. 4121
                                      :
       -v-                            :
                                      :
LANCASTER MORTGAGE BANKERS, LLC,      :
                                      :
                 Defendant.           :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4122
                 Plaintiff,           :
                                      :
       -v-                            :
                                      :
GREAT NORTHERN FINANCIAL GROUP, INC., :
                                      :
                 Defendant.           :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                 Plaintiff,           :   07 CIV. 4123
                                      :
       -v-                            :
                                      :
INVESTAID CORPORATION,                :
                                      :
                 Defendant.           :
------------------------------------- :
```

DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                      Plaintiff,               :    07 CIV. 4124
                                               :
       -v-                                     :
                                               :
CAMERON FINANCIAL GROUP, INC.,                 :
                                               :
                      Defendant.               :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                      Plaintiff,               :    07 CIV. 4125
                                               :
       -v-                                     :
                                               :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                               :
                      Defendant.               :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                      Plaintiff,               :    07 CIV. 4126
                                               :
       -v-                                     :
                                               :
BAYROCK MORTGAGE CORPORATION,                  :
                                               :
                      Defendant.               :
-------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,                  :
                                               :
                      Plaintiff,               :    07 CIV. 4127
                                               :
       -v-                                     :
                                               :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,                  :
                                               :
                      Defendant.               :
--------------------------------------X
DENISE COTE, District Judge:

    The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

___ General Pretrial (includes      _____ Consent under 28 U.S.C.
    scheduling, discovery, non-            Section 636(c)
    dispositive pretrial                   for all purposes (including
    motions, and settlement)               trial)

3

_____ Specific Non-Dispositive          _____ Consent under 28 U.S.C.
      Motion/Dispute*                            Section 636(c) for limited
                                                 purpose (e.g., dispositive
                                                 motion, preliminary
                                                 injunction

                                                 Purpose:

      _____                  _____
      _____

      _____
      _____

      If referral is for discovery   _____ Habeas Corpus
      disputes when the District
      Judge is unavailable, the
      time period of the referral:

      _____

  X   Settlement*                             Social Security

  __  Inquest After                   _____  Dispositive Motion (i.e.,
      Default/Damages Hearing                 motion requiring a Report
                                              and Recommendation)

                                              Particular Motion:

                                              _____

                                              _____

                                              _____

_____

*       Do not check if already referred for general pretrial.

        SO ORDERED:

DATED:    New York, New York        _____
          August 10, 2007                   DENISE COTE
                                     United States District Judge

4