USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>MORTGAGE CORP. OF AMERICA, INC.,<br>d/b/a/ ZONE FUNDING,<br><br>    Defendant. | **ORDER**<br><br>07 Civ. 4106 (DLC)(KNF) |

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>BALTIMORE AMERICA MORTGAGE CORP.,<br>INC.,<br><br>    Defendant. | 07 Civ. 4109 (DLC)(KNF) |

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>FIRST CAPITAL MORTGAGE CORP.,<br><br>    Defendant. | 07 Civ. 4115 (DLC)(KNF) |

---

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>PRAJNA GROUP, INC. d/b/a LIBERTY<br>MORTGAGE FUNDING,<br><br>    Defendant. | 07 Civ. 4116 (DLC)(KNF) |

----------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,            : | |
| Plaintiff,            : | |
| -against-            : | 07 Civ. 4117 (DLC)(KNF) |
| ACT LENDING CORP.,            : | |
| Defendant.            : | |

----------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,            : | |
| Plaintiff,            : | |
| -against-            : | 07 Civ. 4118 (DLC)(KNF) |
| COMMONSENSE MORTGAGE CORP., INC.,   : | |
| Defendant.            : | |

----------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,            : | |
| Plaintiff,            : | |
| -against-            : | 07 Civ. 4119 (DLC)(KNF) |
| LENDER, LTD.,            : | |
| Defendant.            : | |

----------------------------------------------------------

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,            : | |
| Plaintiff,            : | |
| -against-            : | 07 Civ. 4120 (DLC)(KNF) |
| MARIBELLA MORTAGE, LLC,            : | |
| Defendant.            : | |

----------------------------------------------------------

----------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

            Plaintiff,            :

         -against-                              :

                                   07 Civ. 4121 (DLC)(KNF)

LANCASTER MORTAGE BANKERS, LLC,          :

           Defendant.            :
----------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

            Plaintiff,            :

         -against-                              :

                                   07 Civ. 4122 (DLC)(KNF)

GREAT NORTHERN FINANCIAL GROUP,          :
INC.,

           Defendant.            :
----------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

            Plaintiff,            :

         -against-                              :

                                   07 Civ. 4123 (DLC)(KNF)

INVESTAID CORPORATION,                   :

           Defendant.            :
----------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

            Plaintiff,            :

         -against-                              :

                                   07 Civ. 4124 (DLC)(KNF)

CAMERON FINANCIAL GROUP, INC.,           :

           Defendant.            :
----------------------------------------------------------------

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

          -against-                        :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,           :
INC.,
                                           :
                Defendant.
--------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                           :
                Plaintiff,
                                           :
          -against-
                                           :        07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                           :
                Defendant.
------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE