UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                          :

DB STRUCTURED PRODUCTS, INC.,     :
                    Plaintiff,   :

                             :

          -v-                 :

                             :

LANCASTER MORTGAGE BANKERS, LLC,   :
                    Defendant.   :

                             :
----------------------------------------X

07 Civ. 4121 (DLC)

ORDER

     USDC SDNY
     DOCUMENT
     ELECTRONICALLY FILED
     DOC #: _____
     DATE FILED: 2|14|08

DENISE COTE, District Judge:

     It having been reported to this Court that the defendant in

this action has filed for bankruptcy, it is hereby

     ORDERED that the action is stayed.

     IT IS FURTHER ORDERED that the plaintiff shall provide a

letter to the Court on or before **February 13, 2009**, advising the

Court as to the status of this action.

     SO ORDERED:

Dated:    New York, New York
          February 13, 2008

                        _____
                            DENISE COTE
              United States District Judge